J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:  (818) 500-3201

==CLOSED==

Attorneys for Plaintiff Disney
Enterprises, Inc.


Roger Roye, an individual and d/b/a
www.disnyshop.com
Double R Distributing
*mtwoz2@verizon.net*
4526 Stonewall Rd. NW
Roanoke, VA 24017
Telephone: (540) 765-4033

Defendants

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Disney Enterprises, Inc., | ) | Case No. |
| | ) | |
| Plaintiff, | ) | CV 10-02363 DDP (VBKx) |
| | ) | |
| v. | ) | CONSENT DECREE AND |
| | ) | PERMANENT  INJUNCTION |
| Roger Roye, an individual and d/b/a | ) | |
| www.disnyshop.com; Double R | ) | |
| Distributing and Does 1 – 10, inclusive, | ) | |
| | ) | |
| Defendants. | ) | |

The Court, having read and considered the Joint Stipulation for Entry of
Consent Decree and Permanent Injunction that has been executed by Plaintiff Disney
Enterprises, Inc. ("Plaintiff") and Defendants Roger Roye, an individual and d/b/a
www.disneyshop.com, and Double R Distributing (collectively "Defendants") in this
action, and good cause appearing therefore, hereby:

ORDERS that based on the parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., 15 U.S.C. § 1051 *et seq.*, and 28 U.S.C. §§ 1331 and 1338.  Service of process was properly made against Defendants.

2)      Plaintiff claims that it owns or controls the pertinent rights in and to the copyright registrations identified in Exhibit A, attached hereto (collectively "Plaintiff's Copyrights").

3)      Plaintiff claims that it owns or controls the pertinent rights in and to the trademark registrations identified in Exhibit B, attached hereto (collectively "Plaintiff's Trademarks").  (Plaintiff's Copyrights and Plaintiff's Trademarks are collectively referred to herein as "Plaintiff's Properties".)

4)      Plaintiff has alleged that Defendants have made unauthorized uses of Plaintiff's Properties or substantially similar likenesses or colorable imitations thereof.

5)      Defendants and their agents, servants, employees and all persons in active concert and participation with them who receive actual notice of the Injunction are hereby restrained and enjoined from:

a)      Infringing Plaintiff's Properties, either directly or contributorily, in any manner, including generally, but not limited to manufacturing, importing, reproducing, distributing, advertising, selling and/or offering for sale any unauthorized product which features any of Plaintiff's Properties ("Unauthorized Products"), and, specifically from:

i)      Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale the Unauthorized Products or any other unauthorized products which picture, reproduce, copy or use the

likenesses of or bear a substantial similarity to any of Plaintiff's Properties;

ii)     Importing, manufacturing, reproducing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of Plaintiff's Properties;

iii)    Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendants' customers and/or members of the public to believe, the actions of Defendants, the products sold by Defendants, or Defendants themselves are connected with Plaintiff, are sponsored, approved or licensed by Plaintiff, or are affiliated with Plaintiff;

iv)     Affixing, applying, annexing or using in connection with the importation, manufacture, reproduction, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or representation, including words or other symbols, tending to falsely describe or represent such goods as being those of Plaintiff.

6)      Each side shall bear its own fees and costs of suit.

7)      Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

8)      This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

9)      The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

10)     The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

11)     The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendants, be reopened should Defendants default under the terms of the Settlement Agreement.

12)     This Court shall retain jurisdiction over the Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED: October 13, 2010

_____
Hon. Dean D. Pregerson
United States District Judge


PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.

By: _____
        J. Andrew Coombs
        Nicole L. Drey
Attorneys for Plaintiff Disney
Enterprises, Inc.

Roger Roye, an individual and d/b/a
www.disnyshop.com

By: _____
        Roger Roye, an individual and
        d/b/a www.disnyshop.com
Defendant, *in pro se*

Double R Distributing

By: _____
Its:
Defendant

1

## Exhibit A

2

## Plaintiff's Copyrights

3
4

| Item Title | Registration Nos. |
|---|---|
| 101 Dalmatians II: Patch's London Adventure | PA1-207-593 |
| 101 One Hundred and One Dalmatians | PA 789-990 |
| 50. Dinosaur | PA 974-011 |
| A Bug's Life | PA 901-890 |
| Aladdin | PA1-262-714 |
| Aladdin And The King Of Thieves | PA 801-069 |
| Alice in Wonderland | LP 1477 |
| Alice in Wonderland (DVD, 2004) | PA 869-663 |
| Atlantis: Milo's Return | PA1-255-687 |
| Atlantis: The Lost Empire | PA1-039-237 |
| Baby Bach Musical Adventure | PA-1-022-983 |
| Baby Beethoven Symphony of Fun | PA-1-249-262 |
| Baby Da Vinci From Head to Toe | PA-1-249-263 |
| Baby Einstein Favorite Places – First Words Around Town | PA 1-617-388 |
| Baby Einstein Meet the Orchestra – First Instruments | PA 1-618-722 |
| Baby Einstein's Baby's First Moves | PA 1-683-381 |
| Baby Galileo Discovery the Sky | PA-1-218-232 |
| Baby McDonald A Day on the Farm | PA-1-249-324 |
| Baby Monet Discovering the Seasons | PA-1-294-358 |
| Baby Mozart Music Festival | PA-974-419 |
| Baby Neptune Discovering Water | PA-1-221-493 |
| Baby Newton Discovering Shapes | PA-1-145-602 |
| Baby Noah Animal Expedition | PA-1-264-166 |
| Baby Santa's Music Box | PA-1-089-272 |
| Baby Shakespeare World of Poetry | PA-953-899 |
| Baby van Gogh World of Colors | PA-953-900 |
| Baby Wordsworth First Words Around the House | PA 1-618-731 |
| Bambi | LP 12270 |
| Bambi (DVD, 2005) | LP 12270 |
| Bambi II | PA1-325-585 |
| Beauty And The Beast | PA 542-647 |
| Beauty and the beast II: The Enchanted Christmas | PA 839-704 |
| Bedknobs and Broomsticks | LP 39817 |
| Brother Bear | PA1-188-459 |

| | |
|---|---|
| Brother Bear 2 | PA1-373-676 |
| Cars | PA1-322-908 |
| Chicken Little | PA1-297-755 |
| Cinderella | LP 2819; R 648396 |
| Cinderella (DVD, 2005) | LP 2819; R 648396 |
| Cinderella II: Dreams Come True | PA1-122-518 |
| Cinderella III: A Twist in Time | APPLICATION |
| Donald Duck And The Gorilla | R 502-195 |
| Dumbo | LP 11124 |
| Enchanted Tales: Follow Your Dreams | PA 1-601-882 |
| Everybody Loves Donald | COMPILATION |
| Everybody Loves Goofy | COMPILATION |
| Everybody Loves Mickey | COMPILATION |
| Fantasia | M 10761 |
| Fantasia/2000 | PA 959-712 |
| Finidng Nemo | PA1-146-502 |
| Hercules | PA 670-961 |
| Home on the Range | PA1-213-738 |
| James and the Giant Peach | PA 779-161 |
| Krook's New Groove | PA1-325-586 |
| Lady and the Tramp | LP 4675 |
| Lady and the Tramp II: Scamp's Adventure | PA1-352-946 |
| Language Nursery | PA-1-255-727 |
| Life With Mickey Town | Document Number: V3299P482 |
| Lilo & Stitch | PA1-082-244 |
| Lilo & Stitch 2: Stitch Has a Glitch | PA1-294-495 |
| Mary Poppins | LP 28936 |
| Meet the Robinsons | PA 1-332-118 |
| Mickey Mouse Clubhouse Mickey Saves Santa | PA 1-350-382 |
| Mickey Mouse Clubhouse: Great Clubhouse Hunt | PA 1-610-709 |
| Mickey's House of Villains | PA1-151-103 |
| Mickey's Magical Christmas: Snowed In At Yhe House Of Mouse | PA 1-073-895 |
| Mickey's Twice Upon a Christmas | PA1-255-686 |
| Monsters Inc. | PA1-038-178 |
| Mulan | PA 799-025 |

| | |
|---|---|
| Mulan II | PA1-271-185 |
| Neighborhood Animals | PA-1-052-809 |
| Numbers Nursery | PA-1-249-261 |
| Peter Pan | LP 3193 |
| Pinocchio | LP 9415 |
| Pocahontas | PA 720-179 |
| Pocahontas II: Journey to a New World | PA 895-668 |
| Ratatouille | PA1-354-935 |
| Recess: School's Out | PA 941-081 |
| Return the Never Land | PA1-072-441 |
| Robin Hood | LP 42905 |
| Sleeping Beauty | LP 13782 |
| Snow White and the Seven Dwarfs | LP 7689 |
| Tarzan | PA 939-561 |
| Tarzan II | PA1-293-191 |
| The Adventures of Ichabod and Mr. Toad | R 645-052 |
| The Aristocats | RE 783-204; LP 38283 |
| The Black Cauldron | PA 252-525 |
| The Chronological Donald: volume one | PA 1-265-439 |
| The Emperor's New Groove | PA 940-885 |
| The Fox And The Hound | PA 125-861 |
| The Hunchback of Notre Dame | PA 795-221 |
| The Hunchback of Notre Dame II | PA 1-122-520 |
| The Incredibles | PA1-250-536 |
| The Jungle Book | LP 34804 |
| The Jungle Book 2 | PA1-095-956 |
| The Lion King | PA 659-979 |
| The Lion King II: Simba's Pride | PAU2325-441 |
| The Lion King1 1/2 | PA1-255-685 |
| The Little Mermaid | PA 431-543 |
| The Little Mermaid II: Return To The Sea | PA1-013-719 |
| The Nightmare Before Christmas | PA 659-601 |
| The Rescuers | LP 49678 |
| The Rescuers Down Under | PA 486-535 |
| The Return Of Jafar | PA 736-151 |
| The Sword In The Stone | RE 546-478 |
| The Three Caballeros | LP 13147 |
| The Three Musketeers | PA1-255-689 |

| The Tigger Movie | PA 966-196 |
|---|---|
| The Wild | PA1-317-638 |
| Toy Story | PA 765-713 |
| Toy Story 2 | PA 959-870 |
| Treasure Planet | PA1-107-581 |
| Valiant | PA1-283-543 |
| WALT DISNEY ANIMATION COLLECTION VOLUME 2: THREE LITTLE PIGS | PA 1-332-118 |
| WALT DISNEY ANIMATION COLLECTION VOLUME 4: THE TORTOISE AND THE HARE | PA 1-665-409 |
| Walt Disney Treasures 1: The complete Pluto : vol. 1, 1930-1942 | PA 1-265-432 |
| Who Framed Roger Rabbit | PA 368-781 |
| Winnie the Pooh: Heffalump Movie | PA1-302-193 |
| Winnie The Pooh: Many Adventures | LP 47924 |
| World Animals | PA-137-727 |

**Exhibit B**

**Plaintiff's Trademarks**

| Trademark | Mark Drawing Code | Trademark Registration No. | Trademark Registration Date |
|---|---|---|---|
| Disney | Typed Drawing | 1,162,727 | 7/28/81 |
| Disney | Typed Drawing | 1,838,246 (Serial Number 78163606) | 5/31/94 |
| Walt Disney | Typed Drawing | 1,141,312 | 11/11/80 |
| Walt Disney Signature | Standard Character Mark | 1,162,727 (Serial Number 78864123) | 7/28/81 |
| Disney Presents The Lion King The Broadway Musical | Design and Words | 2,436,121 | 3/20/2001 |
| The Lion King | Standard Character Mark | 3,097,393 | 5/30/2006 |
| The Lion King | Design and Words | 1,940,193 | 12/5/1995 |